# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant*. | Civil Action No. 18-0797 (CKK) |

### REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME

On May 23, 2018, Defendant requested a 30-day extension of time to answer or otherwise respond to Plaintiff's Complaint.  Plaintiff responded in opposition, suggesting that a 14-day extension would be more reasonable and stating that Defendant's reasons for the request were not sufficiently compelling to justify a 30-day extension.   Defendant files this reply to supplement its explanation for the reason the extension is needed.

On May 24, 2018, undersigned counsel had a medical procedure that was unexpected.  Further, Monday, May 28, 2018, is a federal holiday.  Finally, undersigned counsel has been called for jury duty on June 4, 2018, and cannot predict how long he will be required to serve.

Undersigned counsel apologizes for failing to mention these other circumstances in Defendant's Motion to Extend and hopes that this will address any of Plaintiff's or the Court's concern over whether the request is necessary.

DATED: May 25, 2018                     Respectfully submitted,

                                        JESSIE K. LIU
                                        D.C. BAR # 472845
                                        United States Attorney

                                        DANIEL F. VAN HORN
                                        D.C. BAR # 924092
                                        Civil Chief

                                        _____*/s/ Joshua L. Rogers*_____
                                        JOSHUA L. ROGERS
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Civil Division
                                        555 Fourth Street, NW
                                        Washington, DC 20530
                                        (202) 252-2578