UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    Defendant. | Civil Action No. 18-0797 (CKK) |

**JOINT STATUS REPORT**

Pursuant to the Court's February 18, 2020 Minute Order, Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant United States Immigration and Customs Enforcement ("ICE") hereby file this Joint Status Report. The parties report as follows:

1. As previously reported, the only outstanding issue in this case is attorneys' fees and costs.

2. Since the last status report, EPIC has made an offer to settle this case. Counsel for ICE is seeking authority to respond to EPIC's offer.

3. As settlement negotiations are ongoing, the parties respectfully propose that the Court enter an order requiring a joint status report by May 3, 2020, updating the Court on the status of settlement negotiations.

| | |
|---|---|
| DATED: April 3, 2020 | Respectfully submitted, |
| TIMOTHY J. SHEA, D.C. Bar # 437237<br>United States Attorney | MARC ROTENBERG, D.C. Bar # 422825<br>EPIC President |
| DANIEL F. VAN HORN, D.C. Bar # 924092<br>Chief, Civil Division | ALAN BUTLER, D.C. Bar # 1012128<br>EPIC General Counsel |
| */s/ William Chang*<br>WILLIAM CHANG<br>D.C. Bar # 1030057<br>Assistant United States Attorney<br>555 4th St., N.W.<br>Washington, D.C.  20530<br>(202) 252-2510<br>William.chang2@usdoj.gov<br><br>Defendant's Counsel | By: */s/ Jeramie D. Scott*<br>Jeramie D. Scott<br>D.C. Bar No. 1025909<br>ELECTRONIC PRIVACY<br>INFORMATION CENTER<br>1519 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 483-1140 (telephone)<br>(202) 483-1248 (facsimile)<br><br>Plaintiff's Counsel |