**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> *Defendants.* | Civ. Action No. 18-0797 (CKK) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Plaintiff Electronic Privacy Information Center ("EPIC") and the undersigned respectfully submit notice of the withdrawal of Marc Rotenberg (D.C. Bar #422825) as counsel for Plaintiff in the above-captioned case.

                                             Respectfully Submitted,

                                             ALAN BUTLER, D.C. Bar #1012128
                                             EPIC General Counsel

                                             /s/ *Jeramie D. Scott*
                                             JERAMIE D. SCOTT, D.C. Bar #1025909
                                             EPIC Senior Counsel

                                             ELECTRONIC PRIVACY
                                             INFORMATION CENTER
                                             1519 New Hampshire Ave, N.W.
                                             Washington, D.C. 20036
                                             (202) 483-1140 (telephone)
                                             (202) 483-1248 (facsimile)

                                             *Attorneys for Plaintiff EPIC*

Dated: April 29, 2020